**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE**

| | |
|---|---|
| In Re: ) | |
| ) | |
| BELINDA LEE McCORMICK ) | Case No. 18-40063 |
| ) | |
| Debtor ) | |
| ) | |

**MODIFICATION OF PLAN**

Comes now the Debtor, by counsel, and modifies her plan as follows:

1) The claim of One Main Financial of Indiana, Inc. (Claim #4) secured by the 2003 Dodge Ram, shall be paid by the trustee as a secured debt subject to valuation under 11 US.C. § 506.   The value of the collateral is $3,500.00.   The trustee shall pay the secured portion of the claim, $3,500.00, together with interest at a rate of 4.25%.   The secured portion of the claim shall be paid pro-rata with other secured claims.  The remainder of the claim shall be treated as a general unsecured claim.

2) The claim of Heights Finance Corp (Claim #2) secured by various household items, shall be paid by the trustee as a secured debt subject to valuation under 11 US.C. § 506.  The value of the collateral is $500.00.   The trustee shall pay the secured portion of the claim, $500.00, together with interest at a rate of 4.25%.   The secured portion of the claim shall be paid pro-rata with other secured claims.  The remainder of the claim shall be treated as a general unsecured claim.

3) Debtor surrenders her interest in the real estate located at 9018 N. Old 55, Pine Village, IN 47975 **IN FULL SATISFACTION** of her obligations to Select Portfolio Servicing.

All other plan terms remain unchanged.

Respectfully Submitted,

/s/ Juan A. Perez Jr.
Juan A. Perez Jr.   #27290-64
Counsel for Debtor
PEREZ & PEREZ
PO BOX 943
Indianapolis, IN  46206
Phone: (317) 634-5968
Fax: (317) 634-5966
jp@perezlawindiana.com

## CERTIFICATE OF SERVICE

I certify that on April 11, 2018, service of a true and complete copy of the foregoing **"MODIFICATION OF PLAN"**, and the attached "**ORDER FIXING TIME TO OBJECT TO CONFIRMATION OF CHAPTER 13 PLAN AND NOTICE OF HEARING"** have been served upon all the parties on the attached matrix by electronic service or by depositing the same in the United States Mail properly addressed and with sufficient first class postage affixed.

/s/ Juan A. Perez Jr.
Juan A. Perez Jr.  27290-64

# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division at Lafayette**

In Re: Debtor(s) (name(s) and address)  )
Belinda Lee McCormick  )
xxx–xx–1166  )
15 Creekview Court  ) Case Number: 18–40063–reg
Lafayette, IN 47909  )
 )
 )
 )
 )
 )
 ) Chapter: 13
 )
 )
 )
 )
 )

# ORDER FIXING TIME TO OBJECT TO CONFIRMATION OF CHAPTER 13 PLAN AND NOTICE OF HEARING

The debtor(s) filed a Chapter 13 plan on March 6, 2018 .

IT IS ORDERED AND NOTICE IS GIVEN THAT:

   1.   **Any objections to confirmation of the proposed plan must be filed no later than fourteen (14) days prior to the confirmation hearing scheduled below.** Objections should be filed with the Clerk of the United States Bankruptcy Court, 230 North Fourth St., Room 105, Lafayette, Indiana, 47901–1322.

   2.   **The court will hold a hearing on May 16, 2018 at 10:00 AM** , or as soon thereafter as the matter can be heard, in the Charles A. Halleck Federal Building, 230 North Fourth Street, 1st Floor Courtroom, Lafayette, Indiana, 47901, **to consider confirmation of the proposed plan and any objections thereto.** This hearing has been scheduled on the court's miscellaneous calendar and the court will not be prepared to receive evidence concerning any factual disputes. Counsel for the debtor(s) and any objectors will, nonetheless, be expected to appear. (If the plan has not been objected to, amended or modified in some way, only the Trustee needs to appear for this hearing.) Any objections to confirmation that cannot be disposed of at the hearing based upon the undisputed facts will be scheduled for such further proceedings as may be appropriate.

   3.   In order to avoid delaying confirmation, **Debtor(s) should promptly file and serve any modifications or amendments** to the plan. Modifications or amendments which are filed and served upon all creditors and parties in interest **at least 21 days prior to the last day for filing objections to confirmation** will become part of the proposed plan and will be considered at the scheduled confirmation hearing without further notice.

Document No. 12 – 2

       4.    If confirmation is denied because of the debtor(s)' failure to fulfill duties imposed by the Bankruptcy Code and rules of procedure, such as the duty to provide the trustee with required information or documentation or to commence making the required plan payments, the court may dismiss the case without further notice or hearing.

       5.    No later than twenty–one (21) days before the last day for filing objections to confirmation, the Chapter 13 Trustee shall serve a copy of this order, along with a copy of the currently proposed plan, upon all creditors and parties in interest and make due proof thereof. If any creditor or party in interest is entitled to service of the plan in the manner provided by Rule 7004, see e.g., Fed. R. Bankr. P. Rules 3012(b); 4003(d); 7004, it shall be the debtor(s)' responsibility to serve the plan in the required manner and make due proof thereof.

Dated: March 8, 2018

Robert E. Grant
_____
Judge, United States Bankruptcy Court

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0755-4<br>Case 18-40063-reg<br>Northern District of Indiana<br>Hammond Division at Lafayette<br>Wed Apr 11 16:57:26 EDT 2018 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | American Web Loan<br>522 N 14th Street, Box 130<br>Ponca City, OK 74601-4654 |
| Barclays Bank Delaware<br>100 S West St<br>Wilmington, DE 19801-5015 | Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | Sarah E. Barngrover<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One Auto Finance<br>3901 Dallas Pkwy<br>Plano, TX 75093-7864 | Capital One Auto Finance<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto Finance,<br>a division of Capital One, N.A. Dept.<br>c/o AIS Portfolio Servic<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Chase Auto Finance<br>National Bankruptcy Dept<br>201 N Central Ave Ms Az1-1191<br>Phoenix, AZ 85004-1071 |
| Chase Auto Finance<br>Po Box 901003<br>Ft Worth, TX 76101-2003 | Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citifinancia<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 | Citifinancia<br>605 Munn Road<br>Fort Mill, SC 29715-8421 | Citifinancia<br>Attn: Bankruptcy<br>605 Munn Dr<br>Fort Mill, SC 29715-8421 |
| Comenity Bank/buckle<br>Po Box 182789<br>Columbus, OH 43218-2789 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 |
| Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Nancy J. Gargula<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 | Heights Finance Corp<br>2168 S 22nd St<br>Lafayette, IN 47905-2204 |
| Heights Finance-lafa<br>2168 S 22nd St<br>Lafayette, IN 47905-2204 | Household Mortgage Services/HSBC Mortgag<br>Attention: Bankruptcy<br>Po Box 9068<br>Brandon, FL 33509-9068 | Household Mortgage Services/HSBC Mortgag<br>Po Box 3425<br>Buffalo, NY 14240-3425 |

```
IMC Credit Services, LLC              IMC Credit Services, LLC              Indiana Department of Revenue
6955 Hillsdale Court                  Attn: Bankruptcy                      Bankruptcy Section - MS 108
Indianapolis, IN 46250-2054           Po Box 20636                          100 North Senate Avenue, N240
                                      Indianapolis, IN 46220-0636           Indianapolis IN 46204-2231


Indiana Employment Security Division  Industrial Federal Credit Union       Industrial Federal Credit Union
10 North Senate Street                1115 Sagamore Pkwy S                  Attn: Assets Recovery
Indianapolis, IN 46204-2201           Lafayette, IN 47905-4901              1115 Sagamore Pkwy South
                                                                            Lafayette, IN 47905-4901


Internal Revenue Service              Kohls/Capital One                     Kohls/Capital One
P. O. Box 7346                        Kohls Credit                          N56 W 17000 Ridgewood Dr
Philadelphia, PA 19101-7346           Po Box 3043                           Menomonee Falls, WI 53051-5660
                                      Milwaukee, WI 53201-3043


Kohls/Capital One                     Mainsourcebk                          Belinda Lee McCormick
Po Box 15298                          201 N Broadway                        15 Creekview Court
Wilmington, DE 19850-5298             Greensburg, IN 47240-1701             Lafayette, IN 47909-3409


OneMain Financial                     OneMain Financial                     OneMain Financial Group, LLC
Attn: Bankruptcy Department           Po Box 1010                           PO Box 3251
601 Nw 2nd St #300                    Evansville, IN 47706-1010             Evansville, IN 47731-3251
Evansville, IN 47708-1013


Onemain Financial                     Onemain Financial                     Juan A. Perez Jr.
6801 Colwell Blvd                     Attn: Bankruptcy                      Perez & Perez
Irving, TX 75039-3198                 Po Box 3251                           P.O. Box 943
                                      Evansville, IN 47731-3251             Indianapolis, IN 46206-0943


Personal Finance                      Personal Finance/marin                David A. Rosenthal
8211 Town Center Dr                   8211 Town Center Dr                   408 Main Street
Baltimore, MD 21236-5904              Baltimore, MD 21236-5904              P.O. Box 505
                                                                            Lafayette, IN 47902-0505


SST/Best Egg                          SST/Best Egg                          Select Portfolio Servicing, Inc
4315 Pickett Rd                       Attn: Bankruptcy                      Po Box 65250
Saint Joseph, MO 64503-1600           4315 Pickett Rd                       Salt Lake City, UT 84165-0250
                                      Saint Joseph, MO 64503-1600


Syncb Bank/American Eagle             Syncb Bank/American Eagle             Syncb/hhgreg
Attn: Bankruptcy                      Po Box 965005                         Attn: Bankruptcy
Po Box 965060                         Orlando, FL 32896-5005                Po Box 965060
Orlando, FL 32896-5060                                                      Orlando, FL 32896-5060


Syncb/hhgreg                          Synchrony Bank                        Synchrony Bank/ JC Penneys
Po Box 965036                         c/o PRA Receivables Management, LLC   Attn: Bankruptcy
Orlando, FL 32896-5036                PO Box 41021                          Po Box 965060
                                      Norfolk, VA 23541-1021                Orlando, FL 32896-5060
```

| | | |
|---|---|---|
| Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/ Old Navy<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ Old Navy<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 |
| Synchrony Bank/Rural King<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Rural King<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Walmart<br>Po Box 965024<br>El Paso, TX 79998 | Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Warren County Treasurer<br>Courthouse<br>125 North Monroe Street<br>Williamsport IN 47993-1162 |
| Wells Fargo Bank<br>Cscl Dispute Team N8235-04m<br>Des Moines, IA 50306 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>Po Box 1697<br>Winterville, NC 28590-1697 |
| Wellsfargo<br>800 Walnut St<br>Des Moines, IA 50309-3605 | Wellsfargo<br>Attn: Bankruptcy<br>Po Box 9210<br>Des Moines, IA 50306-9210 | Wffinancial<br>Attn: Bankruptcy<br>Po Box 660041<br>Dallas, TX 75266-0041 |
| Wffinancial<br>Po Box 29704<br>Phoenix, AZ 85038-9704 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Amer Gen Fin<br>518 Professional Way  Ste A<br>Kendallville, IN 46755 | (d)Amer Gen Fin<br>Springleaf Financial/Attn: Bankruptcy De<br>Po Box 3251<br>Evansville, IN 47731 | Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.